

# Court of Appeals
# Sixth Appellate District of Texas

# J U D G M E N T

Everick L. Monk, Appellant

No. 06-23-00019-CV      v.

Officer Massey, et al., Appellees

Appeal from the 202nd District Court of Bowie County, Texas (Tr. Ct. No. 22C0548-202). Memorandum Opinion delivered by Justice Rambin, Chief Justice Stevens and Justice van Cleef participating.

As stated in the Court's opinion of this date, we find that the appeal should be dismissed for want of jurisdiction. Therefore, we dismiss the appeal.

We note that the appellant, Everick L. Monk, has adequately indicated his inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED JUNE 6, 2023
BY ORDER OF THE COURT
SCOTT E. STEVENS
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk